UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CV-3 |
| ) | (Phillips) |
| CLAIBORNE COUNTY, et al., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

This matter is before the court on defendant David Ray's motion to stay proceedings [Doc. 8]. In support of the motion, defendant states that as a result of the incident subject to this lawsuit, a criminal investigation has been instituted which continues at this time and there has been a grand jury hearing. Defendant avers that any testimony he gives in the civil proceeding may be used against him in the pending criminal proceedings. Defendant Ray is scheduled to be arraigned on April 2, 2007 and may be required to respond to the criminal charges at that time. Thus, defendant Ray asserts he would be irreparably harmed absent a stay in these proceedings.

No opposition has been received to defendant Ray's motion. Accordingly, for the good cause stated, this civil action is **STAYED** pending the outcome of the related criminal case. The parties shall notify the court immediately upon the termination of the criminal proceedings against David Ray.

**IT IS SO ORDERED**.

        **ENTER:**

                s/ Thomas W. Phillips
              United States District Judge